**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose De Jesus QUIROZ–VILLADO,**
**Defendant–Appellant.**

**No. 07–50219**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 13, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Matthew Rex Dekoatz, Law Offices of Matthew R. Dekoatz, El Paso, TX, for Defendant–Appellant.

Before KING, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Jose De Jesus Quiroz–Villado (Quiroz) was convicted by a jury of possession of marijuana with intent to distribute and was sentenced to 60 months of imprisonment and four years of supervised release.

Quiroz argues on appeal that there was insufficient evidence to show that he knew that the tractor-trailer that he was driving contained marijuana. However, when viewed in the light most favorable to the jury's verdict, a reasonable trier of fact could have found that the evidence established that Quiroz's suspicious actions, inconsistent statements, and implausible explanation indicated that he knew that the tractor-trailer contained marijuana. *See United States v. Resio–Trejo,* 45 F.3d 907, 910 (5th Cir.1995); *United States v. Casilla,* 20 F.3d 600, 606–07 (5th Cir.1994);

*United States v. Martinez,* 975 F.2d 159, 160–61 (5th Cir.1992).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

